# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**GARY H. LEHMAN,** *et al.*,

    **Plaintiffs,**

                                          **Case No.: 2:20-cv-3053**
    v.                                  **Judge Edmund A. Sargus, Jr.**
                                          **Magistrate Judge Kimberly A. Jolson**

**GULFPORT ENERGY CORP.,** *et al.*,

    **Defendants.**

## ORDER

Defendant Gulfport Energy Corp. has notified the Court that it has filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, invoking a stay of this action pending completion of the bankruptcy. (ECF No. 19.) Accordingly, this action is **STAYED** pursuant to Section 362(a) of the Bankruptcy Act, 11 U.S.C. § 362(a), until the Bankruptcy Court lifts the stay.

    **IT IS SO ORDERED.**


**11/23/2020**                                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                                        **EDMUND A. SARGUS, JR.**
                                                                 **UNITED STATES DISTRICT JUDGE**