IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GARY H. LEHMAN, et al.,**

    **Plaintiffs,**

    v.

**GULFPORT ENERGY CORPORATION, et al.,**

    **Defendants.**

Case No. 2:20-cv-3053
Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on Defendants Gulfport Energy Corporation and Gulfport Appalachia, LLC's (collectively, "Gulfport") Motion to Lift Stay (ECF No. 21). On November 23, 2020, the Court stayed this action pending resolution of bankruptcy proceedings (ECF No. 20) after the Suggestion of Bankruptcy was filed (ECF No. 19). Defendants Gulfport now represent that the United States Bankruptcy Court for the Southern District of Texas entered an Order on April 27, 2021, (1) Confirming the Amended Joint Chapter 11 Plan of Reorganization of Gulfport Energy Corporation and Its Debtor Subsidiaries (the "Plan") and (2) Granting Related Relief (the "Confirmation Order"). The Plan became effective on May 17, 2021. Plaintiffs did not file a response in opposition to the motion. Therefore, Defendant Gulfport's Motion to Lift Stay (ECF No. 21) is **GRANTED**. The stay in this matter is hereby **LIFTED** and proceedings shall resume.

    **IT IS SO ORDERED.**

**5/9/2022**
**DATED**

        **s/Edmund A. Sargus, Jr.**
        **EDMUND A. SARGUS, JR.**
        **UNITED STATES DISTRICT JUDGE**